UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
ex rel. Travis Grob,

        Plaintiff,                Civil Action No. 22-cv-570

v.

PRECISION CABLE ASSEMBLIES, INC, et al.

        Defendants.

---

Notice of Execution of Settlement Agreement Resolving the United States' Claims Against Defendants and Relator's Claim to Entitlement of A Relator's Share

---

The United States of America, the Relator, Travis Grob, and Defendants Precision Cable Assemblies Inc., Precision Cable Assemblies (Qingdao) LLC, Global Engineered Products, Inc., GEP-Power Products LLC, Ryan Schmus, and Richard Horky (collectively, "Defendants") jointly submit this notice to inform the Court that they have executed a settlement agreement resolving (1) the United States' claims against Defendants under the False Claims Act, 31 U.S.C. § 3729, and related common law theories in this matter and (2) the Relator's claim for a share of that recovery pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730. As provided by the parties' settlement agreement, Defendants must pay the settlement amount within 60 days. Following that payment, the United States and Relator will file a notice of dismissal of their claims under 31 U.S.C. § 3729 pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Relator also contends that he is entitled to reasonable attorneys' fees, costs, and expenses from Defendants pursuant to 31 U.S.C. § 3730(d) and asserts a claim against

Defendants pursuant to 31 U.S.C. § 3730(h). Despite good faith negotiations, the Relator and Defendants have not resolved these claims. Relator and Defendants thus request that this Court retain jurisdiction over these outstanding claims.

Dated: September 8, 2023

For the United States:

GREGORY J. HAANSTAD
United States Attorney

By: /s Michael Carter
MICHAEL CARTER
CARTER STEWART
Assistant United States Attorney
Eastern District of Wisconsin
State Bar No. 1090041
State Bar No. 1117543
517 East Wisconsin Ave., Suite 530
Milwaukee, WI 53202
Ph: (414) 297-4101
Fax: (414) 297-4394
Michael.A.Carter@usdoj.gov
Carter.stewart@usdoj.gov

For Relator:

/s Ryan Morrison
THOMAS M. GREENE
RYAN P. MORRISON
Greene LLP
MA Bar No. 210020
MA Bar No. 680238
One Liberty Square, Suite 1200
Boston, MA 02109
Ph: (617) 261-0040
tgreene@greenellp.com
rmorrison@greenellp.com

For Defendants:

/s Danial Janssen
DANIEL JANSSEN
KIRTI VAIDYA REDDY
Quarles & Brady

411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202-4428
Ph: (414) 277-5733
Daniel.Janssen@quarles.com
Kirti.Reddy@quarles.com